**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **RICARDO MANUEL GARCIA JORGE,** | § § § | |
| *Petitioner*, | § § | |
| v. | § § | |
| **PAM BONDI,** *Attorney General*; **KRISTI NOEM,** *Secretary of the Department of Homeland Security*; **and** **MARIA DEANDRA YBARA,**[1] *U.S. ICE Field Office Director*, | § § § § § § § § § | EP-26-CV-00579-DCG |
| *Respondents*. | § § | |

## ORDER TO REDACT EXHIBITS

*Pro se* Petitioner Ricardo Manuel Garcia Jorge has filed an Application to Proceed *In Forma Pauperis* ("IFP") in the above-captioned habeas proceedings.[2] Several of the exhibits to Petitioner's IFP Application contain the full names and/or birthdates of minor children who are not parties to this case.[3]

---

[1] Petitioner may have misspelled this Respondent's name. *See, e.g.*, Petition for Writ of Habeas Corpus at 1, *Sanchez-Diaz v. De Anda-Ybarra*, No. 3:26-cv-00351 (W.D. Tex. Feb. 5, 2026), ECF No. 1 (instead spelling the Field Office Director's name as "Mary De Anda-Ybarra"). Solely for the purposes of this Order, though, the Court will use the spelling in Petitioner's Proposed Petition for Writ of Habeas Corpus. *See* Proposed Pet., ECF No. 1-1, at 1, 3.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *See generally* IFP Appl., ECF No. 1.

[3] *See* Proposed Pet. at 4; Munoz Garcia Aff., ECF No. 1-3, at 2; G.R.G. Birth Certificate, ECF No. 1-4, at 2.

For that reason, the IFP Application appears to violate Federal Rule of Civil Procedure 5.2(a), which requires litigants to redact sensitive information from court filings.[4] If a filing contains the full "name of an individual known to be a minor,"[5] the filing party must redact all but "the minor's *initials*."[6] Similarly, if a filing "contains an individual's . . . [full] birth date,"[7] the filing party must redact all but "the *year* of the individual's birth."[8]

Because Petitioner did not make those redactions when filing his IFP Application, sensitive information about his minor children is currently accessible to the public. The Court will therefore seal the docket entries containing that information and order Petitioner to file redacted versions.

---

[4] *See* FED. R. CIV. P. 5.2(a).

The Court says "*appears to* violate" because Rule 5.2(a)'s "redaction requirement does not apply to . . . a filing covered by Rule 5.2(c)." FED. R. CIV. P. 5.2(b). Petitioner's IFP Application may qualify as "a filing covered by Rule 5.2(c)" because this is an immigration detention case. *See* FED. R. CIV. P. 5.2(c) (governing docket access in "action[s] or proceeding[s] relating to an order of removal, to relief from removal, or to immigration benefits or detention").

However, even assuming (without deciding) that Rule 5.2(a) didn't require Petitioner to redact his IFP Application, the Court would nonetheless order Petitioner to redact his minor children's names and birthdates pursuant to its authority to require additional redactions under Rule 5.2(e). *See* FED. R. CIV. P. 5.2(e) (authorizing courts to "require redaction of additional information" beyond the redactions that Rule 5.2(a) would ordinarily require).

[5] *See* FED. R. CIV. P. 5.2(a).

[6] *See* FED. R. CIV. P. 5.2(a)(3) (emphasis added).

[7] *See* FED. R. CIV. P. 5.2(a).

[8] *See* FED. R. CIV. P. 5.2(a)(2) (emphasis added).

Accordingly, the Clerk of Court shall **SEAL** the following exhibits to Petitioner's IFP Application:

(1) Petitioner's Proposed "Petition for a Writ of Habeas Corpus" (ECF No. 1-1);

(2) Exhibit B to the Proposed Petition (ECF No. 1-3); and

(3) Exhibit C to the Proposed Petition (ECF No. 1-4).

The Court **ORDERS** Petitioner to file **REDACTED** versions of those exhibits on the public docket by **March 17, 2026**.

Petitioner **SHALL** redact future filings in compliance with Federal Rule of Civil Procedure 5.2(a).

The Clerk of Court **SHALL MAIL** this Order to:[9]

Ricardo Manuel Garcia Jorge
El Paso Service Processing Center
8915 Montana Avenue
El Paso, TX 79925

Ricardo Manuel Garcia Jorge
ERO El Paso Camp East Montana
6920 Digital Road
El Paso, TX 79936

Ricardo Manuel Garcia Jorge
c/o Stephanie Munoz Garcia
208 E. Lewis St.
Roswell, NM 88203

---

[9] Although the docket indicates that the Government is currently detaining Petitioner at the El Paso Service Processing Center, *see* Proposed Pet. at 3, the Court will also mail a copy of this Order to ERO El Paso Camp East Montana in case the Government relocated Petitioner to that facility after Petitioner mailed his IFP Application to the courthouse.

The Court will also mail this Order to the address at which Petitioner has asked to "receive all legal and court notices." *See* Munoz Garcia Aff. at 2.

**So ORDERED and SIGNED this 2nd day of March 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**