**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **RICARDO MANUEL GARCIA JORGE,**<br><br>***Petitioner*,**<br>**v.**<br><br>**TODD BLANCHE,** *Attorney General*; **MARKWAYNE MULLIN,** *Secretary of the Department of Homeland Security*; *and* **MARY DE ANDA-YBARRA,** *U.S. ICE Field Office Director*,<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00579-DCG** |

**<u>ORDER REGARDING POTENTIAL MOOTNESS</u>**

It appears from the Court's review of the Government's online detainee locator system that Petitioner Ricardo Manuel Garcia Jorge is no longer in the Government's custody.[1] If that's true, then the above-captioned case is probably moot.[2]

The Court therefore **ORDERS** that, **<u>by September 24, 2026</u>**, Respondents **SHALL ADVISE** the Court of (1) whether Petitioner remains in the Government's custody; and (if not) (2) whether Petitioner was removed or released. Respondents shall **ATTACH** supporting documentation to that advisory.

---

[1] *See* Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last visited Sep. 17, 2026) (returning "zero (0) matching records" when searching by Petitioner's A-Number and country of birth).

[2] *See, e.g.*, *E.G.V.A. ex rel. Vimos Rivera v. Sanchez*, No. 1:26-cv-02258, 2026 WL 2254646, at *2 (S.D.N.Y. Aug. 5, 2026) (noting (with exceptions that don't appear to apply here) that "a habeas corpus petition seeking release from immigration custody is generally mooted upon release"); *Maci v. Hable*, No. 1:19-cv-201, 2020 WL 4480869, at *3 (S.D. Tex. July 9, 2020) ("[The petitioner] filed a claim for habeas corpus, seeking immediate release from custody. [The petitioner] has since been removed from the United States. [The petitioner]'s removal from the United States mooted any habeas claim for relief." (citations omitted)), *report and recommendation accepted by* 2020 WL 4464712 (S.D. Tex. Aug. 4, 2020).

The Clerk of Court shall **SUBSTITUTE** the named Respondents in this case as follows:

(1) substitute Attorney General Todd Blanche for Former Attorney General Pamela Bondi; and

(2) substitute Current DHS Secretary Markwayne Mullin for Former Secretary Kristi Noem.[3]

Although the Court doesn't anticipate that this Order will reach Petitioner, the Clerk of Court shall nonetheless **MAIL** this Order to Petitioner's last known address out of an abundance of caution:

Ricardo Manuel Garcia Jorge
El Paso Service Processing Center
8915 Montana Ave.
El Paso, TX 79925

**So ORDERED and SIGNED this 17th day of September 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

[3] *See* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name . . . . The court may order substitution at any time . . . .").