**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **RICARDO MANUEL GARCIA JORGE,**<br><br>***Petitioner*,**<br>**v.**<br><br>**TODD BLANCHE,** *Attorney General*; **MARKWAYNE MULLIN,** *Secretary of the Department of Homeland Security*; *and* **MARY DE ANDA-YBARRA,** *U.S. ICE Field Office Director*,<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00579-DCG** |

**<u>ORDER DISMISSING CASE WITHOUT PREJUDICE AS MOOT</u>**

The Government released Petitioner Ricardo Manuel Garcia Jorge on September 24, 2026.[1] The Court therefore **DISMISSES** the above-captioned case **WITHOUT PREJUDICE** as **MOOT**.[2]

The Court **CLOSES** the case.

---

[1] *See* Resp'ts' Advisory, ECF No. 20; *see also* Immigration Judge Order, ECF No. 20-1, at 2 (indicating that Petitioner was granted adjustment of status).

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *See, e.g.*, *E.G.V.A. ex rel. Vimos Rivera v. Sanchez*, No. 1:26-cv-02258, 2026 WL 2254646, at *2 (S.D.N.Y. Aug. 5, 2026) (noting (with exceptions that don't appear to apply here) that "a habeas corpus petition seeking release from immigration custody is generally mooted upon release").

*See also Lamle v. Eads*, 134 F.4th 562, 566 (10th Cir. 2025) (noting that a dismissal on mootness grounds should be "without prejudice" "[b]ecause mootness is jurisdictional").

Although the Court doesn't anticipate that this Order will reach Petitioner, the Clerk of Court shall nonetheless **MAIL** this Order to Petitioner's last known address out of an abundance of caution:

Ricardo Manuel Garcia Jorge
El Paso Service Processing Center
8915 Montana Ave.
El Paso, TX 79925

**So ORDERED and SIGNED this 25th day of September 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**